UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    ex rel. TZAC, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHURCH FOR MIDDLE EAST PEACE,<br><br>        Defendant. | Civil Action No. 21cv3406 (TSC)<br><br>**FILED UNDER SEAL** |

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator TZAC, Inc., and the United States of America, by and through their respective counsel, hereby given notice that all claims in the above-captioned case are voluntarily dismissed as to the named defendant, without prejudice as to Relator and without prejudice as to the United States. Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal. All parties will bear their own costs.

The United States further requests that the Relator's Complaint, this Joint Notice, and the Court's signed Order dismissing this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order is attached.

\* \* \*



**RECEIVED**

MAR 21 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dated: March 21, 2025

                        Respectfully submitted,

                        EDWARD R. MARTIN, JR., D.C. Bar #481866
                        United States Attorney

By:   */s/ Stephen DeGenaro*
      STEPHEN DEGENARO, D.C. Bar #1047116
      DARRELL C. VALDEZ, D.C. Bar #420232
      Assistant United States Attorney
      U.S. Attorney's Office for the District of Columbia
      601 D Street, NW
      Washington, DC 20530
      (202) 252-7229 (DeGenaro)
      (202) 252-2507 (Valdez)
      Stephen.DeGenaro@usdoj.gov
      Darrell.Valdez@usdoj.gov

*Counsel for the United States*

By:   */s/ David Abrams (with consent)*
      DAVID ABRAMS
      The Zionist Advocacy Center
      P.O. Box 3353
      Church Street Station
      New York, NY 10008
      dnabrams@gmail.com

*Counsel for Relator TZAC, Inc.*